# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1346. SIDNEY WENDELL LAMB v. THE STATE.**

In 2022, Sidney Wendell Lamb pled guilty to possession of cocaine with intent to distribute. On February 7, 2024, the trial court entered an amended judgment of conviction and sentence. On April 11, 2024, Lamb, proceeding pro se, filed a notice of appeal. We lack jurisdiction because the appeal is untimely.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Lamb's notice of appeal was filed 64 days after entry of the trial court's amended judgment. The certificate of service attached to the notice is dated February 27, 2024 — before the expiration of Lamb's 30-day appeal period — but the notice was not stamped "filed" by the trial court clerk until April 11. We recognize that, as a pro se prisoner, Lamb likely depends upon correctional personnel to dispatch his mail. Nevertheless, even though Lamb may have acted promptly after receiving the trial court's order, "his filing did not get to the superior court in time. So we have no jurisdiction over his appeal." *Ebeling v. State*, 355 Ga. App. 469, 470 (844 SE2d 518) (2020).

Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  04/24/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.